**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISON**

| | | |
|---|---|---|
| IN RE: Keel Ann Edwards | ) ) ) | Chapter 7 |
| Debtor(s). | ) ) ) ) | Case No.: 18-07316-JMC-7  James M. Carr |

**DEBTOR'S MOTION TO REOPEN CASE IN ORDER TO SET ASIDE A NOTICE OF NO DISCHARGE**

The Debtor, by and through counsel, the Geraci Law L.L.C., respectfully requests the Court allow the debtor to reopen her Chapter 7 Bankruptcy case so that she may file a Financial Management Course Certificate proving compliance with the instructional course requirement for discharge. In support of her Motion, the debtor submits the following:

(1) The Debtor(s) filed for relief under Chapter 7 of the U.S. Bankruptcy Code on 09/24/2018.

(2) The Debtor seeks to have the Court reopen her bankruptcy case so that she may file the Financial Management Course Certificate and receive a discharge of her debts.

(3) The Financial Management Course Certificate and required statement of completion will be contemporaneously filed with this motion.

WHEREFORE, the Debtor prays the Court reopen her Chapter 7 Bankruptcy case to afford relief to the debtor pursuant to 11 U.S.C. §350(b) and for the purpose of allowing the Debtor to file the Financial Management Course Certificate.

Dated this Friday, July 19, 2019.

Respectfully submitted,

By: _/s/ Anthony David Shull_____
   Anthony David Shull
   55 E. Monroe, #3400
   Chicago, IL 60603
   Phone:(312) 332-1800
   Fax: (877) 247-1960
   E-mail: inn@geracilaw.com

Rec. No: 759151
WD - MOT - Motion To Reopen To File DCert

# **CERTIFICATE OF SERVICE**

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Debtors Motion to Reopen Case In Order To Set Aside A Notice of No Discharge were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by placing a copy in the U.S. Mail on Friday, July 19, 2019:

Keel Edwards
4865 Richland Dr
Columbus, OH 43230

Additionally, the documents referenced above were also served via electronic means on the following individuals on Friday, July 19, 2019:

| | |
|---|---|
| United States Trustee | Gregory S. Fehribach |
| Southern District of Indiana | Stark, Doninger & Smith |
| 101 W. Ohio St., Ste. 1000 | 50 S. Meridian St. #700 |
| Indianapolis, IN 46204 | Indianapolis, IN 46204 |

Dated this Friday, July 19, 2019.

By: _/s/ Anthony David Shull_____
  Anthony David Shull
  55 E. Monroe, #3400
  Chicago, IL 60603
  Phone:(312) 332-1800
  Fax: (877) 247-1960
  E-mail: inn@geracilaw.com