IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  KEEL ANN EDWARDS,  )  CHAPTER 7
                Debtor(s).  )
                             )  CASE NO. 18-07316
                             )
                             )  JUDGE JAMES M CARR

MOTION FOR RELIEF FROM ORDER OF NO DISCHARGE PURSUANT TO
FED.R.BANKR.P. 9024

Now comes the debtor, Keel Ann Edwards, by counsel and moves the Court for an Order providing Relief from Order of No Discharge, pursuant to Federal Rules of Bankruptcy Procedure 9024, and in support thereof would show the Court as follows:

1. The Court has jurisdiction over this proceeding under 28 U.S.C. Section 1334

2. This is a core proceeding pursuant to 28 U.S.C. Section 1334.

3. The debtors filed a petition for relief under Chapter 7 of the Bankruptcy Code on 09/24/2018.

4. On 01/03/2019, the Court entered an Order of No Discharge because the debtor failed to complete the Personal Financial Management course.

5. Debtor filed a Certification of Completion of the Personal Financial Management course on 07/19/2019 and wishes to receive a discharge in this case.

6. It would be fundamentally unfair to the debtor to allow her case to remain without a discharge light of the totality of facts and circumstances.

Wherefore, the debtor, Keel Ann Edwards, by counsel respectfully requests that the Court provide Relief from Order of No Discharge, pursuant to Federal Rule of Bankruptcy Procedure 9024, and that she be permitted to receive a Discharge in this case.

        Respectfully Submitted
/s/ Anthony David Shull
Anthony David Shull
55 E. Monroe St. Suite 3400
Chicago, IL 60603
312.332.1800
877.247.1960
inn@geracilaw.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of the attached was mailed via U.S. mail, postage pre-paid, or electronically mailed to the following on 07/23/2019.

/s/ Anthony David Shull
Anthony David Shull
55 E. Monroe St. Suite 3400
Chicago, IL 60603
312.332.1800
877.247.1960
inn@geracilaw.com
Attorney for Debtor

Service List:

Keel Ann Edwards
4865 Richland Dr
Columbus, OH 43230

Trustee Gregory S Fehribach via mjurkiewicz@thefehribachgroup.com

U.S. Trustee via ustpregion10.in.ecf@usdoj.gov